WILLIAM KUHN, ET AL                     NO. 22-C-15

VERSUS                                  FIFTH CIRCUIT

JOHN R. CARRADINE, ET AL                COURT OF APPEAL

                                        STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Nancy F. Vega
Chief Deputy, Clerk of Court

March 15, 2022

Nancy F. Vega
Chief Deputy Clerk

**IN RE** JOHN R. CARRADINE, DPM AND JOHN R. CARRADINE, DPM, LLC

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 816-722

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.

## WRIT GRANTED IN PART; ORDER VACATED; REMANDED

In this civil action based upon alleged medical malpractice, the relators, Dr. John R. Carradine, DPM, LLC, and Dr. John R. Carradine, seek review of the trial court's denial of their motion for summary judgment. This Court, pursuant to La. C.C.P. art. 966(H), assigned this matter for oral argument.

We pretermit discussion of the merits of relators' application based upon our finding after a *de novo* review of the record that there is a pending oral motion to continue the hearing on the motion for summary judgment. Because we find that a ruling on the oral motion to continue could be dispositive of the issue raised regarding the timeliness of the affidavit submitted by plaintiff-respondent and, given the unique set of facts presented in this writ application, we grant the writ in part and vacate the trial court's judgment denying relators' motion for summary judgment. Accordingly, this matter is remanded for further proceedings, including a ruling on the pending motion to continue.

Gretna, Louisiana, this 15th day of March, 2022.

                    **JJM**
                    **SMC**
                    **FHW**

22-C-15

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>03/15/2022</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-15**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Leonard L. Levenson (Respondent)          Kristine K. Sims (Respondent)
                                          Christian W. Helmke (Respondent)

### MAILED

Michael W. Adley (Relator)
Bethany Breaux Percle (Relator)
Attorney at Law
Post Office Drawer 51769
Lafayette, LA 70505

**3/15/22**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

B. Percle / M. Adley
P.O. Drawer 51769
Lafayette, La 70505
22-C-15

|||||| ||| ||||| ||| |||| || ||| ||| ||| ||||

9590 9402 2434 6249 3552 10

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 5611

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Hunter Dulon                      3/21/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt